Oscar Julius GRANT, Jr.,
Plaintiff–Appellant,

v.

BAY AREA RAPID TRANSIT DIS-
TRICT; Johannes Mehserle, individu-
ally and in his official capacity as a
police officer for Bart; Gary Gee, in
his official capacity as Chief of Police
for Bart; Anthony Pirone, individual-
ly and in his personal capacity as a
police officer for Bart, Defendants–
Appellees.

No. 14–16273.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2016.*

Filed May 17, 2016.

Waukeen Q. McCoy, Law Office of Wau-
keen McCoy, San Francisco, CA, for Plain-
tiff–Appellant.

Dale Long Allen, Jr., Esquire, Low Ball
& Lynch, San Francisco, CA, Lara Culli-
nane–Smith, Law Office of Lara C. Smith,
El Cerrito, CA, Michael Logan Rains, Es-
quire, Rains Lucia Stern, PC, Pleasant
Hill, CA, William R. Rapoport, Law Of-
fices of William R. Rapoport, Redwood
City, CA, for Defendants–Appellees.

Before: TROTT, IKUTA, and
WATFORD, Circuit Judges.

MEMORANDUM **

Oscar Grant, Jr. appeals the district
court's order denying his motion to amend
his complaint. A jury subsequently re-
turned a verdict against him on his 42
U.S.C. § 1983 claim. We have jurisdiction
over this timely appeal pursuant to 28
U.S.C. § 1291, and we affirm.

This case had been pending for five
years when counsel filed his motion to
amend. The trial date had been scheduled
for almost nine months. The motion came
virtually on the eve of the trial. The dis-
trict court denied counsel's motion, ruling
it was "unduly delayed," would "signifi-
cantly burden the court and prejudice the
defendants," and that the "amendment
would be futile." The record demon-
strates that the court did not abuse its
discretion. Among other deficiencies, the
claims of the Grant III Estate had already
been duly settled for $1.3 million by Wan-
da Johnson, the decedent's mother and
authorized "personal representative," leav-
ing no cause of action for this plaintiff.
Simply put, Grant, Jr. lacks standing to
bring the state claims in question against
the defendants. *Miller v. Campbell*, 162
Cal.App.4th 1331, 76 Cal.Rptr.3d 649, 658
n. 2 (2008). Accordingly, the court cor-
rectly denied his motion to continue and to
amend. The only possible claim proceeded
to trial where he did not prevail. The jury
rejected Grant, Jr.'s claim that he had a
"familial relationship" with his son. No
grounds exist to overturn their verdict.

AFFIRMED.

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.